Official Form 420A (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court
## _____ District of _____

In re  AUDREA GAUSE, AKA AUDREA SAUNDERS

Debtor

Address: 37 GEORGE ST GREEN ISLAND NY 12183

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): 1271

Employer's Tax Identification (EIN) No(s).(if any): _____

Case No. 17-11759

Chapter 7

*RECD & FILED 2022 OCT 24 AM 11:45 CLERK OF THE BANKRUPTCY COURT N.D. OF NY ALBANY*

## NOTICE OF [MOTION TO] Reopen

AUDREA GAUSE has filed papers with the court to [relief sought in motion or objection].

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], then on or before (date), you or your attorney must:

[File with the court a written request for a hearing {or, if the court requires a written response, an answer, explaining your position} at:
JAMES T. FOLEY UNITED STATES COURTHOUSE
445 BRAODWAY SUITE 330 ALBANY, NY, 12207

If you mail your {request}{response} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to: AUDREA GAUSE
37 GEORGE ST 3RD FLR GREEN ISLAND NY 12183

[Attend the hearing scheduled to be held on 11/30 2022 (date), (year), at 9:15 a.m./p.m. in Courtroom 306, United States Bankruptcy Court, {address}.]

[Other steps required to oppose a motion or objection under local rule or court order.]

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 10/24/2022

Signature: AUDREA GAUSE
Name: AUDREA GAUSE
Address: 37 GEORGE ST GREEN ISLAND NY 12183
518-833-9333